*Cuellar,* 59 F.3d 523, 524 (5th Cir.1995). Even pro se parties are required to identify and argue some error in the district court's decision. *Id.* Tecat's failure to challenge the BIA's denial of his motion to reopen amounts to an abandonment of his challenge to the denial of his motion to reopen. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

For the foregoing reasons, Tecat's petitions for review are DENIED.

Before JONES, Chief Judge, and SMITH and GARZA, Circuit Judges.

PER CURIAM: *

This court, having carefully reviewed the parties' briefs and pertinent portions of the record, concludes there is no reversible error in the district court's findings of fact and conclusions of law. We therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its opinion.

**AFFIRMED.**

**Genana HOLLY, Plaintiff–Appellant,**

v.

**MARICOPA COUNTY;
et al., Defendants,**

**Wal–Mart Stores, Inc., Defendant–
Appellee.**

No. 05–21019
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 12, 2006.

Genana Holly, Houston, TX, pro se.

Dennis D. Carpenter, Phoenix, AZ, Mark Douglas Temple, Littler Mendelson, Houston, TX, for Defendant–Appellee.

**Badar SIDDIQI, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney
General, Respondent.**

No. 05–60434
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 12, 2006.

Yvette Marie Mastin, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, Norah Ascoli Schwarz, Elizabeth J. Stevens, U.S.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.